# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERMA MCMILLAN'S** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DEPT. OF HUMAN SERVICE OF PENNSYLVANIA, CHILDREN AND YOUTH SERVICES OF DELAWARE COUNTY, CHILDREN AND YOUTH SERVICES OF MONTGOMERY COUNTY, CITY OF CHESTER and CITY OF NORRISTOWN** | : | **NO. 18-2080** |

## ORDER

**NOW,** this 16th day of August, 2018, upon consideration of the Defendant Municipality of Norristown's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 22), the plaintiff's failure to respond to the motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the amended complaint is **DISMISSED** as to the defendant City of Norristown.

/s/TIMOTHY J. SAVAGE